[514]    ### SMALL vs. BIXLEY.(a)

Where a defendant in replevin avows and justifies the taking, and only a *part* of the property is found in his favor, the value of which is assessed at less than $50, he is entitled to no more *costs* than *damages*.

THIS was an action of replevin. The defendant avowed and justified the taking. The jury found for the *defendant* as to *part* of the goods, and assessed the value at $10; and as to the *residue* for the *plaintiff*, and assessed the value of such residue at $100. The defendant claimed that he was entitled to full

---

(a) Overruled in Johnson v. Fellows, 6 Hill, 353.

The People *v.* Van Horne.

costs; whilst the plaintiff contended that he was entitled to no more costs than damages or the value of the goods found in his favor.

*By the Court.* By *avowing* and justifying the taking, the defendant assumed the attitude of a plaintiff, and of course is entitled to no more costs than damages.